UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: ) | |
| ) | |
| All monies, funds, monetary instruments, stock, ) | No.   4:17MJ134 DDN |
| bonds, securities, and all other property valued ) | |
| at up to $221,900.00 from Bank of America ) | **FILED UNDER SEAL** |
| personal checking account 325065993581 in the ) | |
| name of Adee Dascalo. ) | |

## ORDER TO UNSEAL SEIZURE WARRANT DOCUMENTS

This matter comes before the Court pursuant to a notice by the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District, stating the Government has no objection to the unsealing of the seizure warrant, along with its affidavit, application and return and other related documents, which are presently sealed under Cause No. 4:17MJ134 DDN.

IT APPEARING there are reasonable grounds to believe that there is no reason to keep the aforesaid documents sealed,

IT IS ORDERED that the seizure warrant, along with its affidavit, application and return and other related documents, presently sealed under Cause No. 4:17MJ134 DDN, be unsealed.

/s/  David D. Noce
HONORABLE DAVID D. NOCE
United States Magistrate Judge

Dated this  9th  day of  April , 2018.